UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JOHNNY ELIAS,<br><br>               Defendant. | CASE NO. MJ24-729<br><br>**DETENTION ORDER** |

      The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

      Defendant is charged with possession of a controlled substance with intent to distribute and unlawful possession of a firearm. The Court finds Defendant is charged with an offense that carries a rebuttable presumption he is a flight risk and a danger to the community, that he has failed to overcome this presumption and shall be detained.

      Defendant's contacts with law enforcement go back to 1984 when he was investigated for robbery. Since that time, he has had numerous additional contacts with law enforcement and several criminal convictions including a 1998 conviction in this court for which he received a sentence of probation. His performance on probation in this case was poor and he was revoked

DETENTION ORDER - 1

twice and served a total of 18 months of imprisonment. Defendant currently is self-employed and his residence has not been verified. The nature of the offense is significant. Defendant faces a mandatory minimum sentence of 10 years of imprisonment if convicted and it is alleged he unlawfully possessed a firearm.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 21st day of November, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2